IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL ACTION NO. |
| v. | ) | 2:19cr437-MHT |
| | ) | (WO) |
| CARLOS FLORES-BEJILLA | ) | |

ORDER

It is ORDERED that the government's unopposed motion to amend the indictment (doc. no. 29) is granted, and the indictment (doc. no. 1) is amended to change the date and location of the prior deportation proceeding to May 14, 2016, at or near Del Rio, Texas, instead of September 3, 2013, at or near Eagle Pass, Texas.

DONE, this the 9th day of January, 2020.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**